# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| VU NGUYEN AND DUYEN NGUYEN, | )<br>)<br>) |
| Plaintiffs, | ) Case No.: 2:22-cv-00380-GSL-JEM |
| v. | ) *Removed Superior Court of* |
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, | ) *Porter County, Indiana*<br>) *Cause No. 64D05-2211-PL-009580* |
| Defendant. | ) |
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, | ) |
| Counter-Plaintiff, | ) |
| v. | ) |
| VU NGUYEN AND DUYEN NGUYEN, | ) |
| Counter-Defendants. | ) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The Defendant/Counter-Plaintiff, State Auto Property & Casualty Insurance Company, by and through its attorneys, HeplerBroom, LLC, and the Plaintiffs/Counter-Defendants, Vu Nguyen and Duyen Nguyen, by and through their attorneys, Parr Richey Frandsen Patterson Kruse LLP, hereby request pursuant to Federal Rule of Civil Procedure 41(a)(2) that this Honorable Court enter an Order dismissing the instant action with prejudice. Each party shall bear their own fees and costs.

1

Respectfully submitted,

*/s/ Michael L. Schultz*
Michael L. Schultz, #20361-49
Jesse I. Smith, # 37583-49
Parr Richey Frandsen Patterson Kruse LLP
251 N. Illinois Street Suite 1800
Indianapolis IN 46204
Phone: (317)269-2500
mschultz@parrlaw.com
jsmith@parrlaw.com
***Attorneys for Plaintiffs/Counter-Defendants***

*/s/ Justin K. Curtis*
Justin K. Curtis, #28517-45
Andrew B. Symns, #35471-45
HeplerBroom, LLC
2929 Carlson Drive, #304
Hammond, IN 46323
(219) 427-5562
(219) 200-3305 (fax)
justin.curtis@heplerbroom.com
andrew.symns@heplerbroom.com
***Attorneys for Defendant/Counter-Plaintiff***

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, states that he caused to have electronically filed with the Clerk of the Court, *Stipulation of Dismissal with Prejudice,* and caused the same to be served on all attorneys of record via CM/ECF on July 26, 2024.

By:   /s/*Justin K. Curtis*
        One of Defendant/Counter-Plaintiff's Attorneys